IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SSAA VENTURES OPERATIONS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.4:17-cv-00713-ALM |
| MARKEL INSURANCE COMPANY, VERICLAIM, INC., AND CHRISTOPHER JAMES JAGGER, | § § § § | |
| Defendants. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff SSAA Ventures Operations Corporation ("Plaintiff") and Defendants Markel Insurance Company, Vericlaim, Inc. and Christopher James Jagger, ("Defendants") have agreed to resolve this matter in its entirety.  Plaintiff and Defendants will submit a Joint Motion to Dismiss with Prejudice within 60 days.

Respectfully submitted,

**ZELLE LLP**

By:  */s/ Todd M. Tippett*
    Todd M. Tippett
    Texas Bar No. 24046977
    ttippett@zelle.com
    Victoria L. Vish
    Texas Bar No. 24089850
    vvish@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANTS**

- and –

**THE POTTS LAW FIRM, LLP**

By:  */s/ Andrew A. Woellner*
    Andrew A. Woellner
    Texas Bar No. 24060850
    awoellner@potts-law.com

3737 Buffalo Speedway, Suite 1900
Houston, TX  77098
Telephone:    713-963-8881
Facsimile:    713-583-5388

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing has been served on this 28th day of February 2018, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE as follows:

Andrew A. Woellner
State Bar No. 24060850
awoellner@potts-law.com
THE POTTS LAW FIRM, LLP
3737 Buffalo Speedway, Suite 1900
Houston, TX  77098
Telephone:	713-963-8881
Facsimile:	713-583-5388

**ATTORNEY FOR PLAINTIFF**

                                            */s/ Todd M. Tippett*
                                             Todd M. Tippett