IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SSAA VENTURES OPERATIONS CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.4:17-cv-00713 |
| MARKEL INSURANCE COMPANY, VERICLAIM, INC., AND CHRISTOPHER JAMES JAGGER, | § § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants move to dismiss this action in its entirety with prejudice, each party bearing its own costs. After considering the Motion, the Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendants' Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this the 9th day of May, 2018.**

*Richard A. Schell*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE